[No. 1897-3. Division Three. June 30, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. JUDE CLARENCE STENSGAR, *Appellant.*

Appeal from a judgment of the Superior Court for Ferry County, No. 6165, B. E. Kohls, J., entered March 1, 1976. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green and McInturff, JJ.

[No. 2730-1. Division One. July 5, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. MYRA C. OLIVER, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 8332, Lawrence Leahy, J., entered December 18, 1973. *Affirmed* by unpublished per curiam opinion.

[No. 2661-42641-1. Division One. July 5, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. SAMUEL KRAVITZ, *Appellant.*

Appeal from judgments of the Superior Court for King County, Nos. 61519, 61481, 62423, Erle W. Horswill, Ward Roney, and Lloyd W. Bever, JJ., entered February 27, 1973, November 22, 1972, and February 6, 1973. *Affirmed* by unpublished per curiam opinion.